**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Yvetta B. Baldwin,
        Plaintiff

v.                                            Case No.   1:14-cv-467

Keycorp Board of
Directors, et al.,
        Defendants

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed June 13, 2014 (Doc. 4).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).   As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly,  it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.  Plaintiff's complaint is **DISMISSED with prejudice**.

Plaintiff is declared a harassing and vexatious litigator and is **ENJOINED** and **PROHIBITED**  from filing any additional complaints in the Southern District of Ohio which have not first been certified as non-frivolous by an attorney in good standing in this Court or the jurisdiction in which he or she is admitted, or alternatively, which are not accompanied by payment of the full filing fee.

The Clerk of Court is **DIRECTED** not to accept any such pleadings from plaintiff, absent compliance with the above restrictions.

This Court certifies that pursuant to 28 U.S.C. § 1915(a)(3) an appeal of this Order would not be taken in good faith, and therefore **DENIES** plaintiff leave to appeal *in forma pauperis*.  *See* McGore v Wrigglesworth, 114 F.3d 601 (6th Cir. 1997).


Date: July 8, 2014                                    s/Sandra S. Beckwith
                                                      Sandra S. Beckwith, Senior Judge
                                                      United States District Court